UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

No. 25-1913

J.E.,

Appellant,

v.

UNIVERSITY OF BALTIMORE, SCHOOL OF LAW, ET AL.,

Appellees.

EMERGENCY MOTION FOR STATUS CLARIFICATION

Plaintiff, appearing *pro se,* respectfully moves this Court for an urgent clarification of the status of the pending appeal and the underlying district-court case.

*1. Background*

On **October 7, 2025** the District Court entered an indicative order concerning the parties' previous request to dismiss this case. Plaintiff relied on counsel for the appellees' representations.

*2. Material change in circumstances & ongoing harm*

Since that order, **material facts have changed,** and Plaintiff is suffering **continuous and escalating harm from appellees** that the prior filings did not anticipate. The original orders on appeal no longer address Plaintiff's present needs, and the uncertainty surrounding the appeal prevents him from taking necessary steps to protect his rights.

*3. Urgent need for clarification*

The appeal has been effectively frozen for months. Without a clear statement from this Court, Plaintiff cannot determine whether the underlying case remains open, whether prior orders

are still in effect or what procedural steps he must now undertake. This ambiguity directly threatens Plaintiff's ability to mitigate the ongoing injury.

*4. Requested relief*

Plaintiff respectfully requests that the Court:

1. **Clarify the current status of the pending appeal**;

2. **Confirm whether the underlying case or any prior orders remain in effect**; and

3. **Provide guidance on any actions Plaintiff must take** to protect his rights in light of the material changes since October 2025.

Plaintiff is not seeking new substantive relief from the appellate court at this time—only the clarification necessary to preserve his existing rights.

*5. Conclusion*

For the foregoing reasons, Plaintiff urges the Court to grant this emergency motion and issue an order addressing the three requests above.

Respectfully submitted,

/s/ Pro Se Appellant

CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of December, 2025, I caused the foregoing Motion to be

served by CM/ECF on all counsel of record.